IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES "CHAD" CAIN, III,<br><br>　　Plaintiff,<br><br>v.<br><br>ALEDO INDEPENDENT SCHOOL<br>DISTRICT et al.,<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§　Civil Action No. 4:20-cv-00442-O<br>§<br>§<br>§<br>§<br>§ |

**ORDER**

On September 3, 2020, the Court issued Order Granting Defendants' Motion to Dismiss (ECF No. 33). Due to a misstatement of the law at Part IV, the Court will amend the order to correct the statement and docket the amended order to be entitled Amended Order Granting Defendants' Motion to Dismiss. The outcome of the order will remain unchanged.

**SO ORDERED** on this **5th day** of **September, 2020.**

_[signature: Reed O'Connor]_
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1