IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

## ALTERNATIVE DISPUTE RESOLUTION SUMMARY

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: __4:20-cv-00442-O__
2. Style of case: ___Charles "Chad" Cain, III vs. Aledo Independent School District, Fred Collie and Dr. Susan Bohn___
3. Nature of suit: _Criminal Trespass_
4. Method of ADR used:   **X Mediation**   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: _October 5, 2020_
6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.   ☐ Settled, in part, as a result of ADR.

   **X** Settled as a result of ADR.   ☐ Parties were unable to reach settlement.

   ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: _$700 per party_
8. Duration of ADR: _One-half day_ *(i.e., one day, two hours)*
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   **Charles "Chad" Cain, III, Plaintiff**
   **Dr. Susan Bohn, Defendant**
   **Chief Fred Collie, Defendant**
   **Jennifer Loftin, Aledo ISD Board, Defendant**
   **Jennifer Taylor, Aledo ISD Board, Defendant**
   **Forrest Collins, Aledo ISD Board, Defendant**

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _[signature]_                                              _10/7/2020_
    M. Beth Krugler, Attorney-Mediator                         Date

    _604 E. Fourth St., Suite 201 Fort Worth, TX 76102_        _(817) 377 8081_
    Address                                                    Telephone

## Alternative Dispute Resolution Summary
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: | William Dunleavy |
| Firm: | Law Offices of William J. Dunleavy |
| Address: | 825 Watters Creek Blvd. |
| | Allen, Texas 75013 |
| Phone: | 972 247 9200 |
| | |
| Name: | Meredith Walker |
| | Joey Moore |
| Firm: | Walsh Gallegos Trevino Russo & Kyle |
| Address: | 105 Decker Court, Suite 600 |
| | Irving, TX 75062 |
| Phone: | 214 574 8800 |